

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 27, 2022

**BY EMAIL**
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Avraham Eisenberg*, 22 Mag. 10337

Dear Judge Parker:

    I have attached complaint 22 Mag. 10337, which charges Avraham Eisenberg with market-manipulation offenses. The complaint is sealed. Last night, the defendant was arrested in the District of Puerto Rico and will be presented later today. A proposed Order unsealing the complaint is enclosed for the Court's consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    */s/ Thomas Burnett*
    Thomas Burnett
    Noah Solowiejczyk
    Assistant United States Attorneys

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
  UNITED STATES OF AMERICA         :   UNSEALING ORDER
                                   :
           - v. -                  :   22 Mag. 10337
                                   :
  AVRAHAM EISENBERG,               :
                                   :
                                   :
               Defendant.          :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Thomas Burnett and Noah Solowiejczyk;

It is found that the Complaint in the above-captioned action, 22 Cr. 10337, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED

Dated:  New York, New York
        December 27, 2022

_____
HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**12/27/2022**